No. 68804.—Daido Corp. v. United States, protest 63/13157(A) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.